■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY CARTER, Appellant. [758 NYS2d 806] —Judgment, Supreme Court, Bronx County (John Moore, J.), rendered November 20, 2001, convicting defendant, after a jury trial, of robbery in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for disturbing the jury's determinations concerning identification. Defendant was arrested in possession of some of the proceeds of the crime, and the victim made a prompt and reliable identification. Concur— Tom, J.P., Mazzarelli, Rosenberger, Ellerin and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANONYMOUS, Appellant. [758 NYS2d 806] —Judgment, Supreme Court, New York County (Herbert Adlerberg, J.), rendered December 12, 2000, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the second degree, and sentencing him to a term of 5½ years to life, unanimously affirmed.

Since defendant did not request a hearing or move to withdraw his plea, he did not preserve his claim that he was entitled to a hearing concerning his compliance with a cooperation agreement (*People v Anonymous*, 249 AD2d 167 [1998]), and we decline to review it in the interest of justice. Were we to review this claim, we would find there is no evidence of arbitrary or capricious conduct by the People.

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Mazzarelli, Rosenberger, Ellerin and Williams, JJ.